EXHIBIT ONE

UNSIGNED COPY OF SIGNED LETTER FROM LYNDA AND BOB CITTELL TO THE COURT PREVIOUSLY DELIVERED TO PROBATION

July 29, 2008

Robert and Lynda Cittell
1750 Whittier Ave. #13
Costa Mesa CA  92627


Dear Judge St. Eve

We are writing to you concerning the pending sentencing of our son Matthew Ryan Cittell.

We are Jehovah's Witnesses.  Religion is a big part of our lives and has always been a big part of Matt's life.  All of our and his friends and relatives are Jehovah's Witnesses.  We try to live our lives according to the Bible's moral guidelines. We attend five meetings a week.  Along with meetings we follow Jesus' command to preach and teach and make disciples. All families including ours set time aside to do this.

Matt started attending meetings when he was two weeks old.  He rang his first doorbell when he was three years old.  In 1987, I became an auxiliary pioneer, which means devoting 70 hours a month to my ministry.  Since, as we explain below, Matt was home schooled, he had a lot of time on his hands and he chose to come with me most of the time and he also became an Auxiliary pioneer.  Some months he would surpass the amount of hours I put in.  One month, for example, I remember that he put in ninety of what we call pioneer hours.

In addition to his religious work, growing up, Matt would often go to work with his Dad in the summer months to learn the sprinkler business.

When Matt was young, there were not many boys in the congregation Matt's age.  One of his few friends growing up who was his same age was Greg Cook.  They became friends in pre-school. Then, in 1989 the Cook family moved to Hawaii. After that, because of a lack of boys his age, Matt's half-brother's friends became Matt's primary friends.  Matt's brother, David Keane, is eight years older than Matt, so Matt was like a kid brother to David's friends.

Matt has always been a caring, compassionate person.  Before his involvement with David Lewis in this case, he was never in trouble.

School was always hard for Matt.  When it came time to do homework, he was beside himself and overwhelmed.  In 8th grade, when Matt was thirteen years old, we began to home school him.  We had originally planned for Matt to finish 8th grade in public school and then enroll in a home schooling program for high school.  We worried about him attending public high school because of the bad reports we were hearing about drugs, drinking and teen pregnancies.  But an incident that occurred when Matt was in 7th grade that caused us to begin home schooling him a year earlier than we planned.  He was

attending Ensign Jr. High, and one day a 6'5" physical education teacher mistakenly thought that Matt had done something to another student. He reached up and pulled Matt down from the top of the bleachers where Matt was sitting. Matt landed on his knees on the gym floor, scrapped his knees and also had marks on his chest where his short had been grabbed. The school called us and we immediately rushed down to find out what exactly had happened. When we saw Matt he was scared and wanted to go home. After we met with the District School Superintendant, the teacher was reprimanded. Because there was just one month left in the school year, Matt wanted to finish 7th grade. But he stopped attending PE and after he finished the year, he never went back to public school.

Matt began home schooling in September 1991. The program we enrolled him in gave him weekly assignments. Once he finished an assignment, he reported to a teacher who checked his work and then gave him a new one. The only time that Matt ever saw other students was when he would go for his appointments with the teacher.

Because of being raised as a Jehovah's Witness and being home schooled Matt has never been very worldly. Because of his computer skills, he has had good jobs and worked steadily. But outside of work he has always lived in an insulated world and we believe that is a large part of the explanation for how he ended up involved in this case.

Sometime in early 1993, when Matt was fourteen years old, we bought him a computer. One day our older son David Keane brought a new person, David Lewis, home with him from Sunday church meeting. Lewis was also a Jehovah's Witness and he was older than our son David, who was around twenty-two years old at the time. Our son David informed us that Lewis knew a lot about computers and was going to teach him some things. (We knew nothing about computers ourselves.) After awhile, our older son left to meet some friends. Lewis stayed and told Matt he could teach him some things. So David Lewis became Matt's mentor and friend. They remained friends for approximately twelve years. Throughout this time, Lewis was one of only a handful of people who Matt was close friends with during this period and their friendship was always centered on computers.

When Matt was seventeen years old he met Molly Petto. She was from one of the Jehovah Witness congregations in Simi Valley. She is a very sweet girl. After they first met, she often came to Costa Mesa with her friends to visit Matt and attend our Sunday meetings. She eventually moved out of her family's home, got a job in Costa Mesa, and rented a room from our oldest son and daughter in law. After Matt fell in love with Molly and they began to spend time together, she asked Matt to stop spending as much time on the computer and he did. They were married on May 12, 2001.

When the FBI raided Matt and Molly's home in June 2005, Matt and Molly were devastated. We know that neither one of them had any idea that anything Matt was doing was a serious crime. Since that raid and Matt's subsequent arrest, Matt and Molly have both suffered tremendously.

Molly has gained 45lbs. She had been working as a Nanny (she loves children) but had to quit because she started getting severe migraine headaches.  Her last employer had to let her go after having to call the paramedics and had to be taken to emergency.  She and Matt have had to put off having children.

Matt and Molly have also been financially devastated by Matt's legal bills and Molly's inability to work.  They had to borrow substantially and are now basically bankrupt.

Since was indicted, Matt has lost 100 lbs. and began to suffer serious anxiety attacks -- and we have now discovered that he suffers from Obsessive Compulsive Disorder (OCD).  When Matt was growing up he did a lot of things that we now understand are indicators of OCD.  For example, from age five he would bite the outside of his thumbs until they bled.  We tried to stop him by putting red iodine on them and also bandaging them.  He would also wash his hands constantly during the day.  It was only after he began seeing a court appointed psychologist in connection with this case that we discovered that the condition he was suffering from was OCD.  Since then we have gotten books and read about OCD.  We now understand that that was what caused his hand-biting and other compulsions.  We have also learned that OCD explains his obsession with computers and counting.  And Matt's OCD has exacerbated his reaction to the possibility that he might be sent to prison.  He is literally in fear for his life and thinks about his prospects 24 hours a day.

We are all very fearful.  Because of Matt's background and his OCD, we are worried about what would happen to him if he went to prison.  We also know that given their current financial and emotional state, if Matt were to go to prison it would permanently ruin both he and Molly's lives.

We now understand that Matt has pled guilty to copying and that that was unlawful; and we know that he is truly remorseful.  But given the circumstances and the price that he and Molly have already paid, we ask this court to act mercifully and enable Matt and Molly to begin to put their shattered lives back together.

Thanks you for your consideration.

Lynda and Bob Cittell